## 24322. BAILEY *v.* THE STATE.

BROYLES, C. J. 1. "It is a constitutional right of a defendant in a criminal case to have the benefit of counsel (Civil Code, § 6361); but he can waive this right. If the record shows that the accused did not have counsel, it is not cause for a new trial, unless it further appears that the right to have counsel was denied him." *Gatlin* v. *State,* 17 *Ga. App.* 406 (87 S. E. 151). It does not appear from the record in this case that the accused was denied his constitutional right to have counsel. The case of *Cook* v. *State,* 48 *Ga. App.* 224 (172 S. E. 471), cited by counsel for the plaintiff in error, is distinguished by its particular facts from the *Gatlin* case, supra, and the instant case.

2. The court sufficiently instructed the jury upon the law of circumstantial evidence.

3. The verdict was authorized by the evidence.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 2, 1934.

94

*Willis Smith*, for plaintiff in error.
*Emmett Smith, solicitor*, contra.